# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. __14-14393-CIV-ROSENBERG/LYNCH__

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of florida

**14-14393-CIV-ROSENBERG/LYNCH**

10/3/14

David Williams - Mary Alice Williams
  Petitioner

Indian River hospital
  Respondent

FILED by _____ D.C.
OCT 07 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## Motion of malpractice

I full legal name) David Glover Williams, being sworn Certify that the following Statement are ture to The Best of Knowledge, Hornorable Courts I David Williams, mother mary Alice Williams, was Taken to Indian River hospital sent mary Alice Williams, home to put her foot in some salt water This foot injury Because a serious injury. This indian hospital perform illegal Surgery causing Mary williams, Serious injury to all her Body part and now shes fighting for her life to this matter I David williams, would like a full investorgation and not only This we would like relief and restitution of Top medical Care and all Things that mary williams might need to recovery as well as financial Support, I David williams has enclosed 400.00 Dollars, The Court Cost for Justice in This case.

SCANNED

10/3/14

Signature: Wand G Williams
: David Glover William
2606 44 St Vero Beach Fl 32967
Phone 772 561 5223

I certify that a copy of this document was mailed delivered to the united States District court Southern District of florida office of The Clerk Room 8N09 400 north miami Avenue miami florida

10/3/2014                                    Wand Glover Williams

Signed before me this 3rd day of October, 2014 by David Glover Williams who produced a Fl. Driver's License.



MARILYN G. WRIGHT
MY COMMISSION #EE83436
EXPIRES: APR 12, 2015
Bonded through 1st State Insurance

_____
Notary



10/3/14

# IMPORTANT – HEALTHCARE BILL

September 23, 2014

To the family of
Patient Name:        Mary Williams
Date Of Birth:        08/05/1944
Social Security Number: 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
Date of Admission:    July 23, 2014
C/o Antwon Williams [Son] David Williams [Son]
2606 44TH ST APTA
Vero Beach, FL 32967

It has come to our attention that Mary Williams is no longer covered by Wellcare HMO/Medicare as of August 1, 2014.

At that time you are responsible for 100% of billed charges unless the family elects to request or is eligible for Medicaid. Proof of Medicaid coverage would have to be presented and accepted by Kindred.

Currently, total gross charges **are $411,301.40** which covers service from August 1, 2014 to September 22, 2014.

Kindred Hospital does offer private pay rates which are as follows:

| | |
|---|---|
| Med/Surg | $1,300 per day |
| Telemetry | $1,450 per day |
| ICU | $1,600 per day |
| Ventilator | $300 per day |
| Dialysis | $325 per treatment |

The above daily rates do not include physician or professional fees.

We appreciate your attention to this matter and need to speak with someone right away regarding payment. At this point a payment schedule is not permitted. Full payment is due upon receipt of bill submission.

**PAYMENT DUE UPON RECEIPT**

Method of payment: Check, Master Card, Visa, Discover

Sincerely

*Joyce Baldrica*
Joyce Baldrica
Kindred Hospital Melbourne CEO

Cc:   Kindred Central Billing Office
      Glenda Scott [Daughter] 251 6th Drive S.W., Vero Beach, FL 32962

765 West Nasa Boulevard     Melbourne, Florida 32901
321.733.5725     321.733.5799 Fax     FL TDD/TTY# 800.955.8770

GN 0000027750

**WellCare**

**Important:** This notice explains your right to appeal our decision. Read this notice carefully. If you need help, you can call one of the numbers listed on the last page under "Get help more information."

10/3/14

## Notice of Denial of Payment

**Date:** 4/21/2014

**Name:** Mary Williams
2606 44th St Apt A
Vero Beach FL 32967-1354

**Member number:** 13183177

## Your request was denied

We've denied or reduced the payment of medical services/items listed below requested by you or your doctor [Provider]:

**Claim Number:** 473868454

03/29/2014, EAST COAST CLINICAL SERVICES INC, Pathology/Laboratory, $0.94

03/29/2014, EAST COAST CLINICAL SERVICES INC, Pathology/Laboratory, $10.69

03/29/2014, EAST COAST CLINICAL SERVICES INC, Pathology/Laboratory, $14.53

03/29/2014, EAST COAST CLINICAL SERVICES INC, Surgery, $3.00

**Claim Number:** 473868456

03/30/2014, EAST COAST CLINICAL SERVICES INC, Pathology/Laboratory, $2.81

03/30/2014, EAST COAST CLINICAL SERVICES INC, Surgery, $3.00

03/30/2014, EAST COAST CLINICAL SERVICES INC, Pathology/Laboratory, $6.51

## Why did we deny your request?

We denied or reduced the payment of medical services/items listed above because:

This type of service/procedure requires a prior Authorization.

**'If these services were rendered by a participating provider, you have no financial liability for this service.'**

## You have the right to appeal our decision

You have the right to ask WellCare Health Plan to review our decision by asking us for an appeal:

**Appeal:** Ask WellCare Health Plan for an appeal within 60 days of the date of this notice. We can give you more time if you have a good reason for missing the deadline.

Form CMS 10003-NDMCP (Iss. 06/2013)
NA023940_WCM_FRM_ENG
©WellCare 2013  NA_10_13

OMB Approval 0938-0829

56842

**WellCare**

*10/3/14*

## If you want someone else to act for you

You can name a relative, friend, attorney, doctor, or someone else to act as your representative. If you want someone else to act for you, call us at: 1-888-505-1201 to learn how to name your representative. TTY users call (877)247-6272. Both you and the person you want to act for you must sign and date a statement confirming this is what you want. You'll need to mail or fax this statement to us.

### Important Information About Your Appeal Rights

**Standard Appeal** – We'll give you a written decision on a standard appeal within **30 days** after we get your appeal. Our decision might take longer if you ask for an extension, or if we need more information about your case. We'll tell you if we're taking extra time and will explain why more time is needed. If your appeal is for payment of a service you've already received, we'll give you a written decision within **60 days**.

## How to ask for an appeal with WellCare Health Plan

**Step 1:** You, your representative, or your doctor [*provider*] must ask us for an appeal. Your written request must include:
- Your name
- Address
- Member number
- Reasons for appealing
- Any evidence you want us to review, such as medical records, doctors' letters, or other information that explains why you need the item or service. Call your doctor if you need this information.

**Step 2:** Mail, fax, or deliver your appeal or call us.
**For a Standard Appeal:**   Address:   WellCare Health Plans, Inc.
Attn: Appeals Department
PO Box 31368
Tampa, FL 33631-3368

Phone: (888)888-9355          Fax: (866)201-0657

If you ask for a standard appeal by phone, we will send you a letter confirming what you told us.

## What happens next?

If you ask for an appeal and we continue to deny your request for payment of a service, we'll send you a written decision and automatically send your case to an independent reviewer. **If the independent reviewer denies your request, the written decision will explain if you have additional appeal rights.**

Form CMS 10003-NDMCP (Iss. 06/2013)                                OMB Approval 0938-0829
NA023940_WCM_FRM_ENG
©WellCare 2013  NA_10_13                                                            56842

**WellCare**

*10/3/14*

## Get help & more information

- WellCare Health Plan Toll Free: 1-888-888-9355   TTY users call: 1-877-247-6272
  Plan hours of operation:  24 hours
- 1-800-MEDICARE (1-800-633-4227), 24 hours, 7 days a week. TTY users call: 1-877-486-2048
- Medicare Rights Center: 1-888-HMO-9050
- Elder Care Locator: 1-800-677-1116

WellCare (HMO) is a Medicare Advantage organization with a Medicare contract. Enrollment in WellCare (HMO) depends on contract renewal.

Form CMS 10003-NDMCP (Iss. 06/2013)                                         OMB Approval 0938-0829
NA023940_WCM_FRM_ENG
©WellCare 2013 NA_10_13                                                                  56842

David Glover Williams
2606 44 Street
Vero Beach Fl 32967

United States District
Court SouTHErn District of Florida
Office of The clerk Room 8 n09
400 north miami AVENUE MiAmi
Florida 33128-7716